IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADC TELECOMMUNICATIONS, INC.

Plaintiff,

v.

PCI TECHNOLOGIES INC.

Defendant

Case No. 01-CV-2144 ADM/AJB

## STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

The parties hereby stipulate that PCI Technologies, Inc. shall have until January 20, 2002 to answer the Complaint or otherwise plead.

BOWMAN AND BROOKE LLP

Ryan L. Nilsen (#304086)
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
Telephone: 612-339-8682

and

Michael C. Greenbaum
Lisa J. Savitt
BLANK ROME COMISKY & MCCAULEY
900 17th Street, N.W., Ste. 1000
Washington, DC 20006
Telephone: 202-530-7400
Facsimile: 202-463-6915

ATTORNEYS FOR DEFENDANT PCI TECHNOLOGIES, INC.

MERCHANT & GOULD, P.C.

Alan G. Carlson (#14,801)
Philip P. Caspers (#193,569)
Timothy A. Lindquist (#245,318)
Anthony R. Zeuli (#274,884)
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Telephone: 612-332-5300

ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.

DEC 20 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SO ORDERED,

Dated: 12/20/01

Arthur J. Boylan
United States Magistrate Judge