# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2144 ADM/AJB Case Title: ADC Telecommunications, Inc. v. PCI Technologies, Inc.

**Affidavit of Movant**

I, Ryan L. Nilsen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Neil R. White, an attorney admitted to practice in the ________ District of Maryland, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant PCI Technologies Inc in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 304 086 1/24/02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Neil R. White, am currently a member in good standing of the U.S. District Court for the ________ District of Maryland, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Neil R. White [signature] January 18, 2002
Type/Print Name Signature Date

Attorney License Number: 24273 (USDC.MD)

Law Firm Name & Address: Blank Rome Comisky & McCauley, LLP
900 17th Street, NW, Suite 1000
Washington, DC 20006

Telephone: (202) 530-7411

Motion Granted: [signature], mac JAN 28 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd, 1/2001)

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________