# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2144 ADM/AJB    Case Title: ADC Telecommunications, Inc. v. PCI Technologies, Inc.

**Affidavit of Movant**

I, Ryan L. Nilsen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Lisa J. Savitt, an attorney admitted to practice in the Eastern District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant PCI Technologies Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature    304086 MN Attorney License #    1/24/02 Date

**Affidavit of Proposed Admittee**

I, Lisa J. Savitt, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Lisa J. Savitt Type/Print Name    [signature] Signature    January 22, 2002 Date

Attorney License Number: PA 40557

Law Firm Name & Address: Blank Rome Comisky & McCauley LLP
900 17th Street, N.W., Suite 1000
Washington, DC 20006

Telephone: ( )202-530-7423

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk    JAN 28 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______