# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

### MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-2144 ADM/AJB **Case Title:** ADC Telecommunications, Inc v. PCI Technologies, Inc.

**Affidavit of Movant**

I, Ryan L. Nilsen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael C. Greenbaum an attorney admitted to practice in the — District of Columbia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant PCI Technologies, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 304086 | 1/24/02 |
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Michael C. Greenbaum am currently a member in good standing of the U.S. District Court for the — District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Michael C. Greenbaum | [signature] | 1/10/02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 271 346

Law Firm Name & Address: Blank Rome Comisky and McCauley LLP
900 17th St., N.W., Suite 1000
Washington, DC 20006

Telephone: (202) 530-7436

Motion Granted: [signature] JAN 28 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______