**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>PCI TECHNOLOGIES INC.<br><br>Defendant. | Civ. Action No. 01-CV-2144 (ADM/AJB)<br><br>Judge Ann D. Montgomery<br>Magistrate Judge Arthur J. Boylan |

**STIPULATION AND ORDER TO AMEND COMPLAINT**

ADC Telecommunications, Inc. ("ADC") filed its Complaint against PCI Technologies Inc ("PCI") and served the same on November 29, 2001. In response, PCI filed a motion to dismiss for failure to state a claim. Both parties agree that the proposed Amended Complaint, attached as Exhibit A, moots PCI's motion.

Accordingly, it appearing in the interest of judicial efficiency, ADC and PCI, by and through their respective undersigned counsel, hereby stipulate to amend ADC's Complaint as shown in the proposed Amended Complaint and ask this Court to so order.

For the above reasons, the parties suggest that good cause is shown for amending the Complaint as indicated above.

FEB 12 2002
FILED
RICHARD D. SLETTEN, CLERK

**ADC TELECOMMUNICATIONS, INC.**

By its attorneys,

Dated: February 8, 2002

Anthony R. Zeuli
Alan G. Carlson (#14801)
Philip P. Caspers (#192569)
Timothy A. Lindquist (#245318)
Anthony R. Zeuli (#274884)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081

and

**PCI TECHNOLOGIES INC.**

By its attorneys,

Dated: February [illegible], 2002

Lisa J. Savitt
Michael C. Greenbaum
Lisa J. Savitt
Blank Rome Comisky & McCauley LLP
900 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: 202.530.7400
Facsimile: 202.463.6915

and

Ryan Nilsen (#304086)
Bowman And Brooke LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.339.8682
Facsimile: 612.672.3200

IT IS HEREBY ORDERED:

Dated: 2/11/02

The Honorable Arthur J. Boylan,
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ADC TELECOMMUNICATIONS, INC.<br>Plaintiff,<br>v.<br>PCI TECHNOLOGIES INC.<br>Defendant. | ) | Civ. Action No. 01-CV-2144 (ADM/AJB)<br><br>JURY TRIAL DEMANDED |

# AMENDED COMPLAINT

Plaintiff, ADC Telecommunications, Inc., for its Complaint, states as follows:

## The Parties

1. Plaintiff, ADC Telecommunications, Inc. ("ADC"), is a corporation organized and existing under the laws of Minnesota and has a principal place of business at 13625 Technology Drive, Eden Prairie, Minnesota 55344-2252.

2. Upon information and belief, Defendant PCI Technologies Inc. ("PCI") is a Canadian corporation having a principal place of business at 520 Westney Rd. S., Unit 20, Ajax, ON L1S 6W6.

## Jurisdiction

3. This is an action for patent infringement under the patent laws of the United States. 35 U.S.C. § 271 et seq.

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). The Court also has personal jurisdiction over defendant and venue is proper in this Court.

**Count: Claim for Patent Infringement of U.S. Patent No. 6,289,210 B1**

5. Paragraphs 1-4 are incorporated into this count by reference.

6. ADC is the owner of the entire right, title and interest in and to United States Patent No. 6,289,210 B1 ("the '210 patent"). The '210 patent duly and legally issued to ADC on September 11, 2001.

7. ADC has satisfied the notice and/or marking provisions of 35 U.S.C. § 287.

8. PCI has infringed the '210 patent by making, using, selling and offering for sale electronics equipment embodying one or more of the patented inventions, including, but not limited to, certain modules sold under the MAXNET™ brand.

9. ADC has been damaged by PCI's infringement of the '210 patent and will continue to be damaged in the future unless PCI is enjoined from infringing the '210 patent.

**Demand for Relief**

ADC respectfully demands the following relief:

a. a judgment that Defendant PCI has infringed the '210 patent (infringement defined to include direct infringement, contributory infringement, and/or active inducement of infringement);

b. a judgment and order preliminarily and permanently enjoining Defendant PCI, its officers, directors, agents, servants, employees, attorneys, and all others acting under or through it, directly or indirectly, from directly or indirectly infringing the '210 patent;

c. a judgment that Defendant PCI shall pay all appropriate damages under 35 U.S.C. § 284, including treble damages if the infringement is determined to be willful;

d. a judgment that Defendant PCI shall pay the costs of this action (including all disbursements), and reasonable attorney fees, if the case is exceptional, pursuant to 35 U.S.C. § 285;

e. such other and further relief as this Court may deem just and equitable.

**Demand for Jury Trial**

ADC demands a trial by jury of all issues so triable.

ADC Telecommunications, Inc.

By its attorneys,

Dated: February __, 2002

By______________________________

Alan G. Carlson (#14,801)
Philip P. Caspers (# 192,569)
Timothy A. Lindquist (# 245,318)
Anthony R. Zeuli (#274,884)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
Phone: (612) 332-5300