**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADC TELECOMMUNICATIONS, INC.<br>Plaintiff,<br>v.<br>PCI TECHNOLOGIES INC.<br>Defendant. | Civ. Action No. 01-CV-2144 (ADM/AJB)<br><br>Judge Ann D. Montgomery<br>Magistrate Judge Arthur J. Boylan |

**STIPULATION AND ORDER**
**EXTENDING PRETRIAL SCHEDULING ORDER DATES**

The parties are currently exploring settlement, and have been voluntarily exchanging information relevant to those discussions. The parties wish to focus their attention on settlement discussions at this time. To that end, deferring the time and cost associated with pending deadlines set by the Court's scheduling order would assist in those settlement discussions. The parties accordingly stipulate to a forty-five day (45) extension of all scheduling order dates and request that the Court enter the same as its order.

**SO ORDERED:**

Dated: July 23, 2002

The Honorable Arthur J. Boylan,
United States Magistrate Judge

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**PCI TECHNOLOGIES INC.**

By its attorneys,

Michael C. Greenbaum
Lisa J. Savitt
BLANK ROME COMISKY & MCCAULEY LLP
900 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: 202.530.7400
Facsimile: 202.463.6915

and

Ryan Nilsen (#304086)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.339.8682
Facsimile: 612.672.3200

**ADC TELECOMMUNICATIONS, INC.**

By its attorneys,

Alan G. Carlson (#14801)
Philip P. Caspers (#192569)
Anthony R. Zeuli (#274884)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081