# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ADC TELECOMMUNICATIONS, INC.,

Plaintiff,

v.

PCI TECHNOLOGIES INC.

Defendant.

Civ. Action No. 01-CV-2144 (ADM/AJB)

Judge Ann D. Montgomery
Magistrate Judge Arthur J. Boylan

## STIPULATION AND ORDER
## EXTENDING PRETRIAL SCHEDULING ORDER DATES

In July the parties sought a 45-day extension of scheduling order dates to explore settlement. Thereafter, the parties had several exchanges of settlement-related information and proposals. That was followed by a settlement meeting in Minneapolis on September 4, 2002. The business representatives for the parties attended that meeting. The parties believe that substantial progress has been made towards a settlement, and also continue to believe that their time and energy would be best spent on attempting to find a resolution to the remaining issues than to incur the cost associated with meeting upcoming discovery deadlines. The parties accordingly stipulate to an additional 120-day extension of all scheduling order dates and request that the Court enter the same as its order.

**SO ORDERED:**

Dated: September 17, 2002

The Honorable Arthur J. Boylan,
United States Magistrate Judge

FILED SEP 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**PCI TECHNOLOGIES INC.**

By its attorneys,

Michael C. Greenbaum
Lisa J. Savitt
BLANK ROME COMISKY & MCCAULEY LLP
900 17th Street, NW, Suite 1000
Washington, DC 20006
Telephone: 202.530.7400
Facsimile: 202.463.6915

and

Ryan Nilsen (#304086)
BOWMAN AND BROOKE LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.339.8682
Facsimile: 612.672.3200

**ADC TELECOMMUNICATIONS, INC.**

By its attorneys,

Alan G. Carlson (#14801)
Philip P. Caspers (#192569)
Anthony R. Zeuli (#274884)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.332.5300
Facsimile: 612.332.9081